No. 781. MOORE *v.* MATHIS ET AL. Court of Civil Appeals of Texas, Eleventh Supreme Judicial District. Certiorari denied. *Fred S. Abney* for petitioner. *Edward C. Fritz* for respondents.

No. 783. STORY ET AL. *v.* YORK. C. A. 9th Cir. Certiorari denied. *Arthur L. Martin* and *Bonnie Lee Martin* for petitioners.

No. 789. ALLIS-CHALMERS MANUFACTURING CO. ET AL. *v.* COMMONWEALTH EDISON CO. ET AL. C. A. 7th Cir. Certiorari denied. *John Paul Stevens, Edward R. Johnston, Holmes Baldridge, Sydney G. Craig, Charles M. Price, Robert C. Keck, Owen Rall, Earl E. Pollock, John T. Chadwell, Richard M. Keck, Jean Engstrom, W. Donald McSweeney, Edward R. Adams, Harold T. Halfpenny, Hammond E. Chaffetz* and *William H. Van Oosterhout* for petitioners. *Charles A. Bane* for respondents.

No. 989, Misc. WEAVER *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 236. WALKER ET AL. *v.* LOUISIANA EX REL. JOINT LEGISLATIVE COMMITTEE ON UN-AMERICAN ACTIVITIES, 375 U. S. 393;

No. 589, Misc. MILNE *v.* MARYLAND, 375 U. S. 925; and

No. 804, Misc. LOPEZ *v.* CALIFORNIA, 375 U. S. 994. Petitions for rehearing denied.

No. 456. ETCHEVERRY *v.* UNITED STATES, 375 U. S. 930, 989. Motion for leave to file second petition for rehearing denied.